UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE:

**MIRENA IUD PRODUCTS LIABILITY LITIGATION**

*This Document Relates To All Actions*

------------------------------------------------------------------x

**ORDER No. 13A**

13-MD-2434 (CS)
13-MC-2434 (CS)

# SUPPLEMENT TO FIRST AMENDED AGREED ORDER REGARDING PROPER PARTY-DEFENDANT AND ABBREVIATED SERVICE PROCEDURES FOR SERVICE UPON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER OY, AND BAYER PHARMA AG

Seibel, J.

The parties having discussed the issue with the Court at the status conference held on May 14, 2014 and the Court having made its determination orally at that conference, it is accordingly

ORDERED that the deadline set forth in Section IV.N of Order No. 13 (First Amended Agreed Order Regarding Proper Party-Defendant and Abbreviated Service Procedures for Service Upon Defendants Bayer Healthcare Pharmaceuticals Inc., Bayer Oy, and Bayer Pharma AG), entered on February 26, 2014 (MD Doc. No. 706; MC Doc. No. 50), be, and hereby is, extended from March 31, 2014 to Monday, June 16, 2014.  This deadline requires that the complaint be postmarked by Monday, June 16, 2014.  This deadline will **not** be extended for **any** reason.

**SO ORDERED.**

Dated: May 21, 2014
        White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.